BROCK, APPELLANT, *v.* NIEMEYER, JUDGE, ET AL., APPELLEES.

[Cite as *Brock v. Niemeyer,* 130 Ohio St.3d 80, 2011-Ohio-4704.]

*Complaints—Jurisdiction—Failure to invoke original or appellate jurisdiction of court of appeals—Dismissal of complaint affirmed.*

(No. 2011-0470—Submitted September 7, 2011—Decided September 21, 2011.)

APPEAL from the Court of Appeals for Hancock County, No. 5-11-03.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment dismissing the complaint and denying the motion of appellant, Dennis R. Brock, to allow his cause to proceed. Brock's complaint alleged violations of his civil rights pursuant to R.C. 2921.52(E). Brock's complaint invoked neither the original nor the appellate jurisdiction of the court of appeals. Section 3(B)(1) and (2), Article IV, Ohio Constitution. We also deny appellant's motions for leave to correct and to direct the appellate court to attach requested documents.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Dennis R. Brock, pro se.

_____